# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-651-JRG |
| ZEPP HEALTH CORPORATION, | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Plaintiff Mobile Health Innovative Solutions, LLC's Notice of Voluntary Dismissal with Prejudice (Dkt. No. 10). In the Notice, Plaintiff dismisses the above-captioned case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1). Defendant Zepp Health Corporation has not yet answered Plaintiff's Complaint or moved for summary judgment. (*Id.*).

Having considered the Notice, the Court **ACCEPTS** and **ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are hereby **DISMISSED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Apr 26, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE